# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**STEVEN GRANGER,** )<br>)<br>**Defendant/Movant** ) | **Criminal No. 2:11-cr-139-DBH-02**<br>**(Civil No. 2:13-cv-74-DBH)** |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On September 4, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2255 Motion. The movant filed his objection to the Recommended Decision on September 20, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary. The additional information that the movant offers would not have persuaded me, as the sentencing judge, to impose a sentence more favorable to him than the sentence I imposed.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. The movant's motion is **Denied with prejudice** as to the ineffective assistance claims but **without prejudice** as to the prison condition claims.

Finally, I find that no certificate of appealability shall issue in the event the movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 15TH DAY OF OCTOBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**